State v. Woodson ................................ 111,692   Denied ............ 03/28/2016   Unpublished
State v. Zimbelman............................. 111,759   Denied ............ 03/28/2016   Unpublished
State v. Zurita-Cruz ............................ 110,442   Denied ............ 06/21/2016   Unpublished
Strong v. State.................................... 112,540   Denied ............ 03/31/2016   Unpublished
Unified Government of WYCO/KCK
   v. Nails............................................ 112,620   Denied ............ 03/31/2016   Unpublished
Wagner Interior Supply of Wichita,
   Inc. v. Dynamic Drywall, Inc. ........ 113,037   Granted............ 06/21/2016   Unpublished
Waldrup v. State ................................ 111,907   Denied ............ 03/28/2016   Unpublished
Walling v. Kansas Prisoner Review
   Bd.................................................... 114,340   Denied ............ 07/15/2016   Unpublished
Walling v. Spradling........................... 114,341   Denied ............ 07/15/2016   Unpublished
Wilson v. State ................................... 111,962   Denied ............ 06/21/2016   Unpublished